UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Carlos Andres DAGUAR HERNANDEZ,

Petitioner,

v.

Christopher LaROSE, et al.,

Respondents.

Case No.: 26-cv-6008-AGS-AHG

**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING BOND HEARING**

Petitioner Carlos Daguar Hernandez seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention. Respondents "do not oppose an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF 4, at 3.) Petitioner acknowledges the concession, but argues that the appropriate remedy is immediate release because his "previously granted liberty" was revoked "without constitutionally adequate pre-deprivation process." (ECF 5, at 2.) The Court rejects this pre-deprivation due-process argument for the same reason it has rejected it many times before. *See, e.g.*, *Simon Juan v. Bondi*, No. 26-cv-2237-AGS-MMP, ECF 21 (S.D. Cal. Sept. 10, 2026) (transcript).

The Court thus **GRANTS** the petition and orders that petitioner receive a bond hearing under 8 U.S.C. § 1226(a) by November 12, 2026. Upon the petitioner's request for a continuance, the immigration judge may grant reasonable extensions of that deadline. Within seven days of that hearing, the parties must submit a status update on the immigration judge's ruling. The status update must include a copy of the immigration judge's order. All other deadlines and hearings are vacated. The Clerk must issue a judgment and close this case.

Dated: October 29, 2026

Hon. Andrew G. Schopler
United States District Judge